## Commonwealth *v.* Howard, Appellant.

Argued December 12, 1967. *Walter Lowney,* Assistant Defender, with him *Herman I. Pollock,* Defender, for appellant; *Benjamin H. Levintow,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.